NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN ARNOLD, SUSAN BOLEK, H. DRAKE GEBHARD, KAREN GEBHARD, CECILIA GRIFFIN HILLEBRAND, JACKSON IRREVOCABLE FARM TRUST, LEE MARTIN REVOCABLE TRUST, BERNICE MARTIN, KRISTELL MIZELL, RODNEY ROSS, TONDA ROSS, RICKY TEMPLE, L & S TUBBS FAMILY, LP, JOHN C. TWEED TRUST, JOANN TWEED TRUST, HAROLD MIZELL, IVAN & CATHY BOHL LIVING TRUST, MORLOCK CHILDRENS TRUST,**
*Plaintiffs-Appellants*

**B&D FARMS, INC., H. KENT EUHUS LIVING TRUST, DIANA EUHUS LIVING TRUST, DEWAYNE JACKSON, ROYCE LEITNER, VICKY LEITNER, LEE MARTIN, LLOYD D. TUBBS, EDWIN YEATER, PHYLLIS YEATER, LEE JUENEMANN,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1951

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01252-AOB, Judge Armando O. Bonilla.

---
### JUDGMENT
---

JAMES F.B. DANIELS, McDowell, Rice, Smith & Buchanan, PC, Kansas City, MO, argued for plaintiffs-appellants. Also represented by ROYCE DERYL EDWARDS, Law Office of R. Deryl Edwards, Joplin, MO.

ALLEN M. BRABENDER, Appellate Section, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by TODD KIM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 6, 2024
Date

Jarrett B. Perlow
Clerk of Court